

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2013

No. 04-13-00691-CR

**IN RE** Anthony **JACKSON**

Original Mandamus Proceeding[1]

### ORDER

On October 7, 2013, relator Anthony Jackson filed a pro se petition for writ of mandamus complaining of the trial court's failure to rule on his pending pro se motion requesting appointment of counsel. This court requested a response to the petition for writ of mandamus on October 8, 2013, but no response has been filed. The court has considered relator's petition and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Ron Rangel is ORDERED to consider and rule upon Jackson's pending motion for appointment of counsel. The writ will issue only if we are notified that Judge Rangel has not done as directed within twenty-eight days from the date of this order.

It is so **ORDERED** on December 11, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1998CR0872, styled *The State of Texas v. Anthony Maurice Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.